ORIGINAL

FILED
MAR - 9 2007
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORMAN H. COHEN, Ed.D.
722 Arlington Road
Narberth, Pennsylvania 19072

v.

UNITED STATES of AMERICA
DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
16825 S. Seton Avenue
Emmitsburg, Maryland 21727

NO. 07-154-C

JURY TRIAL DEMANDED

**CIVIL ACTION COMPLAINT**

**JURISDICTION**

1. The Court has jurisdiction over this matter as it involves a violation of the United States Copyright Law, codified at 17 U.S.C. Section 101, et. seq.

**VENUE**

2. Pursuant to 28 U.S.C.A. § 1498 (b), the Court of Claims is the appropriate venue for this matter, as the sole forum for claims against the United States for copyright infringement.

**OPERATIVE FACTS**

3. Plaintiff, Norman H. Cohen, Ed.D. ["Dr. Cohen"] is an adult and a citizen of the United States, residing therein at 722 Arlington Rd, Penn Valley, Pennsylvania 19072.

4. Defendant, the United States of America, which maintains a business address at the United States Department of Homeland Security, Federal Emergency Management Agency ["FEMA"], U. S. Fire Administration Disaster Field Training Operations and Recovery Branch, Emergency Management Institute, at all times relevant,

was a federal government agency and/or corporation owned and/or controlled by the United States Government organized and existing under and by virtue of the laws and regulations of the United States Government, with an office address at 16825 S. Seton Avenue, Emmitsburg, Maryland 21727 [hereinafter "United States].

5. At all times relevant, Dr. Cohen was the author of and had been issued lawful copyrights to, and was the copyright holder and/or assignee and/or transferee of the copyrights of, and possessed copyright registration certifications for many intellectual published written and/or recorded works, which were published by the Krieger Publishing Company, Jossey-Bass, Inc., Publishers, and HRD Press, Inc., including, but not limited to, the following [hereinafter collectively referred to as "the works"]:

a. Registration Number: TX-153-343
Title: MENTORING ADULT LEARNERS: A GUIDE FOR EDUCATORS AND TRAINERS/BY
Norman H. Cohen.
Imprint: Malabar, FL: Krieger Pub. Co., 1995.
Description: 208 p.
Claimant: acNorman H. Cohen, 1941-
Created: 1995
Published: 16Oct95
Registered: 13Nov95
Special Codes: 1/B/L

b. Registration Number: TX-383-467
Title: NEW DIRECTIONS FOR ADULT AND CONTINUING EDUCATION, NUMBER 66
summer 1995, quarterly.
Imprint: San Francisco, CA: Jossey-Bass, Inc., Publishers, 1995.
Description:
Claimant: Jossey-Bass, Inc., Publishers
Created: 1995
Published: 18Sept95
Registered: 12June96
Special Codes:

c. Registration Number: TX-5-352-581
Title: BECOMING A MENTO: A VIDEO-BASED WORKSHOP: INSTRUCTOR'S GUIDE.

Norman H. Cohen.
Imprint: Amherst, MA: HRD Press, c2001.
Description: 2 v.
Note: Includes participant workbook.
Claimant: HRD Press
Created: 2000
Published: 1Oct00
Registered: 6Jul01
Special Codes: 1/B

d. Registration Number: TX-5-352-582
Title: BECOMING A MENTOR: A VIDEO-BASED WORKSHOP: PARTICIPANT WORKBOOK
by Norman H. Cohen.
Imprint: Amherst, MA: HRD Press, c2001
Description: 1 v.
Claimant: HRD Press
Created: 2000
Published: 1Oct00
Registered: 6Jul01
Title on c Application: Becoming a mentor: participant course-book.
Special Codes: 1/B

e. Registration Number: TX-5-352-589
Title: THE PRINCIPLES OF ADULT MENTORING INVENTORY
(PAMI) / a Norman H. Cohen.
Description: 51 p.
Claimant: HRD Press.
Created: 1997
Published: 1Jan97
Registered: 6Jul01
Special Codes: 1/B

f. Registration Number: TX-5-352-611
Title: MENTOR CRITIQUE CORM (MCF) FOR THE PRINCIPLES OF ADULT MENTORING INVENTORY /
Norman H. Cohen.
Imprint: Amherst, MA: HRD Press, c1998.
Description: 12 p.
Claimant: HRD Press
Created: 1998
Published: 1Jan98
Registered: 6Jul/01
Title on c Application: Principles of adult mentoring critique form.
Special Codes: 1/B

g. Registration Number: TX-5-352-62
Title: PRINCIPLES OF ADULT MENTORING INVENTORY (PAMI) / aNorman H. Cohen.
Description: 51 p.
Claimant: HRD Press
Created: 1997
Published: 1Jan97
Registered: 6JuI01
Special Codes: 1/B

h. Registration Number: TX-5-352-649
Title: THE MENTEE'S GUIDE TO MENTORING / aNorman H. Cohen.
Imprint: Amherst, MA: HRD Press, c1999
Description: 73 p.
Claimant: HRD Press
Created: 1999
Published: 1Jan99
Registered: 6Jul01
Special Codes: 1/B/D

i. Registration Number: TX-5-352-652
Title: STEP-BY-STEP GUIDE TO STARTING AN EFFECTIVE MENTORING PROGRAM / aNorman H. Cohen.
Imprint: Amherst, MA: HRD Press, c2000.
Description: 74 p.
Claimant: HRD Press
Created: 2000
Published: 1Jan00
Registered: 6Jul01
Special Codes: l/B/D

j. Registration Number: TX-5-372-00
Title: THE MANAGER'S POCKET GUIDE TO EFFECTIVE MENTORING/
Norman H. Cohen.
Imprint: Amherst, MA: HRD Press, c1999.
Description: 116 p.
Claimant: acNorman H. Cohen.
Created: 1998
Published: 1Dec98
Registered: 6Jul01
Title on c Application: Effective mentoring pocket guide.
Special Codes: 1/B

k. Registration Number: TX-5-443-842
Title: GUIDE TO MENTEE PLANNING / Norman H. Cohen.
Description: 31 p.

Claimant: HRD Press
Created: 2001
Published: 1Jan01
Registered: 16Oct01
Special Codes: 1/B

l. Registration Number: TX-5-443-843
Title: ASSESSMENT OF ORGANIZATIONAL READINESS FOR MENTORING GUIDANCE AND INVENTORIES/ Norman H. Cohen.
Description: 35 p.
Claimant: HRD Press
Created: 2001
Published: 1Jan01
Registered: 16Oct01
Special Codes: 1/B

6. On March 10, 2004, while conducting research for a scholarly article, the plaintiff was searching the Internet when he noticed a reference on Google that he had never observed before. Further searching revealed that detailed Information about mentoring was available for free worldwide, via download from the federal government public domain website listed below, which, at all times relevant, was owned, maintained and controlled by FEMA:

hhtp://www.training.fema.gov/emiweb/dfto/mentoring.

**Disaster Field Training Operations (DFTO)**
**Standard Training Courses**
**Mentoring (DF312)**

**Course Objectives:**
By the end of this course, participants will be able to:
*Assess their own mentor style using the Principles of Adult Mentoring Inventory
*Discuss the mentor role as it relates to six behaviors (competencies)
*Use a Journal as a mentoring tool
*Analyze sample work situations to apply appropriate mentoring behaviors
*Develop an effective mentor-mentee relationship
*Develop a general plan for use in the DFO of your specific job
*Diagnose the need for self-improvement and set an action plan for

personal development as a mentor

**Target Audience:**
The target audience for this training includes fully qualified personnel who want to assist in the professional development of trainees.

**Approximate Time:**
8 hours

**Course Files:**
Please find below the set of training documents and files associated with this course. Depending on your Web browser setup, when clicking on an individual file, you may either:
Open the file with the appropriate program (i.e., MS Word or PowerPoint)
and/or Save the file to a disk on your computer.
Please note the size of each file as the larger files may take a while to download.
Download each individual file:

**DF312 Instructor Guide**
*Instructor Guide
*Using a Journal
*Principles of Adult Mentoring Inventory
*The Complete Mentor Role
*Co-Mentoring

DF312 Mentoring Visuals SM.doc
DF312 Mentoring Visuals ppt
DF312 Mentoring Toolkit. doc

Appendix A: Principles of Adult Mentoring Inventory (PAM)
Appendix B: Instructions for Scoring PAM and
Appendix C: Scoring Sheet for PAM.

7. At all times relevant hereto, Plaintiff was entitled by contract to share in the proceeds of sales of the works, and at no time did defendant obtain required permission to modify, use, and/or publish any of the works for classroom instruction, or obtain permission to modify, use, or make available any of the works for unlimited, free, worldwide download via a FEMA federal government public domain website.

8. At no time prior to March 10th of 2004, was Plaintiff aware, nor could he have been aware through the exercise of reasonable diligence, that Defendant had

infringed upon his copyrights to the works and/or used and/or misused the works without permission.

9. Plaintiff's counsel contacted FEMA's counsel more than six months before filing this action, and made a claim for damages of a million dollars to resolve this matter. FEMA eventually responded in writing by saying it had no liability, did not violate the Copyright Law, and had engaged in only "fair use."

10. At all times relevant, Defendant infringed upon the aforementioned copyrights, and violated the United States copyright law, thereby causing plaintiff to sustain significant damages, by publishing complete and/or substantial portions of the works, and by taking complete and/or substantial portions of the above works and publishing them on the internet via a public domain website owned and/or operated and/or controlled by FEMA, which was accessible (as set forth herein and above) via the worldwide web at: http://www.training.fema.gov/emiweb/dfto/mentoring_course.asp. A key to the works that were unlawfully published is contained in Exhibit “A” attached hereto.

11. At all times relevant, Defendant, United States/FEMA, acting by and through its agents and employees, knew and/or should have known that Defendant was required to, but did not obtain, permission from Plaintiff in order to take, and/or use and/or publish, or to make available for free download on its public domain website, any of the works as set forth above.

12. At all times relevant, Defendant, United States/FEMA, acting by and through its agents and employees, willfully misused the aforementioned works and willfully infringed upon the aforementioned copyrights, and did not have a reasonable

basis to believe that it engaged in, and did not engage in, "fair use" or any other allowable use of the works by taking and using and/or publishing the works as set forth above.

13. Defendant's conduct was intentional and reckless, and caused the sales and financial proceeds of the works to suffer, to the financial detriment of the plaintiff.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court award Compensatory damage of lost profits and all losses resulting from the infringements to Plaintiff including all damages available under the United States Copyright Law, in excess of $150,000.00 in damages, exclusive of prejudgment interest, cost, and post-judgment interest.

**KLINE & SPECTER,**
***A Professional Corporation***

Date: 3-8-07

By: ______________________
Jonathan M. Cohen, Esquire
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
*Attorney for Plaintiff*

# FEMA Documents with Correlations to Copyright Infringements In Six Separate Books

Prepared by
Dr. Norman H. Cohen
January 24, 2007

## FEMA Publications

January 2000--Date that appears on printed cover of FEMA documents

▶ *Mentoring Instructor Guide*, January 2000

▶ *Mentoring: Student Manual*, January 2000

▶ *Mentor's Toolkit*, January 2000

▶ *Mentor Training: Visuals*

NOTE: Only the FEMA documents printed in January 2000 are included in the attached infringement correlations to my works. However, in 1999 [date printed on cover of *FEMA* documents], FEMA also published the documents listed below:

## June 1999

▶ *Mentoring Instructor Guide*, June 1999

▶ *Student Manual*, June 1999

▶ *Mentor's Toolkit*, June 1999

▶ *Visuals*

---

## Codes to My Works in the FEMA Publications

LG > *Principles of Adult Mentoring Inventory, (PAMI) Leader's Guide*, Dr. Norman H. Cohen, HRD Press, 1998.

M > *Mentoring: New Strategies and Challenges*, Michael W. Galbraith, Norman H. Cohen, Jossey-Bass, Inc., 1995 (see Norman H. Cohen, "The Principles of Adult Mentoring Scale," pgs 15-32).

MP > *The Manager's Pocket Guide to Effective Mentoring*, Dr. Norman H. Cohen, HRD Press, 1999.

PI > *Principles of Adult Mentoring Inventory*, Dr. Norman H. Cohen, HRD Press, 1998.

K > *Mentoring Adult Learners: A Guide for Educators and Trainers*, Dr. Norman H. Cohen, Krieger Publishing Company, 1995.

GM> *The Mentee's Guide to Mentoring*, Dr. Norman H Cohen, HRD Press, 1999.

## FEMA Copyright Infringements

---

| Mentoring Instructor Guide--January 2000 | *FEMA Pages* | Books >Infringement Pages |
|---|---|---|

---

Unit One--
Mentor Training Introduction

| | | | |
|---|---|---|---|
| Course Objectives | | | |
| >Use Principles of Adult | *pg 1-1* | PI | pgs--all (pgs 1-21) |
| Mentoring (PAM) Inventory | *pg 1-1* | K | pgs 171-192 |
| | *pg-1-1* | M | pgs 23-27 |
| Contents | | | |
| Course includes: | *pg 1-1* | PI | pgs--all (pgs 1-20) |
| >Principles of Adult | *pg 1-1* | K | pgs 3, 20-26, 29, 48 |
| Mentoring Inventory | | | 51, 64, 74, 77-78, 91, |
| >The Complete Mentor Role | | | 94, 107, 109-110, 121 |
| [Note: Complete PAMI | | | 171-192 |
| used. Also changes by | *pg 1-1* | LG | pgs 19, 46-50 |
| FEMA *to mentees*, *FEMA*, | *pg 1-1* | GM | pgs 25, 72, 35-36, |
| *Role Model*, and *Critical* | | 39-40, 44-46, 51-52, | |
| *Thinking*. All changes were | | 58-59, 64-65 | |
| unauthorized] | *pg 1-1* | MG | pgs 3, 9-12, 101-106 |
| | *pg 1-1* | M | pgs 18-19, 23-27, |
| | | | 29-31 |
| References | | | |
| [See List] | *pg 1-1* | LG, MG, M [references list] | |
| Preparing | | | |
| Supplies and Equipment | | | |
| >Visual Masters ns. 1-24 | *pg 1-2* | PI | pgs--all (pgs 1-21) |
| > (See *Visual Masters* section) | | LG | pgs 18, 19, 13, 19 |
| [Note: Mentor Training, | | MG | pgs 22, 29, 36, 40, 46, |
| Visuals--25 pages] | | | 54, 15-17 |
| Handout Materials | | | |
| > (See *Handout Masters* | *pg 1-2* | [see Student Manual] | |
| section of this document.) | *pg 1-2* | [see Mentor's Toolkit] | |
| >Student Manual | | | |
| >Mentor's Toolkit | | | |
| NOTE: | | | |
| > PAM included in Instructor | *pg 1-2* | PI | pgs--all (pgs 1-21) |
| Guide and Student Manual | | | |

| Mentoring Instructor Guide--January 2000 | *FEMA Pages* | Book >Infringement Pages | |
|---|---|---|---|
| **Unit One--** | | | |
| Mentor Training Introduction (cont'd) | | | |
| Course Overview | | | |
| >Visuals 3 and 4: | *pg 1-4* | PI | pgs--all (pgs 1-21) |
| >Objectives | *pg 1-4* | K | pgs 171-192 |
| >V-3. Assess: using PAM | *pg 1-4* | M | pgs 23-31 |

| | | | |
|---|---|---|---|
| >V-4. Discuss: mentor role/ six behaviors (competencies) | *pg 1-4* | [see Contents, Complete Mentor Role, pg 1] | |

---

## Unit Three--
## Principles of Adult Mentoring Inventory

| | | | |
|---|---|---|---|
| **Unit Objectives** | | | |
| >Use Principles of Adult | *pg 3-1* | PI | pgs--all (pgs 1-21) |
| Mentoring (PAM) Inventory | *pg 3-1* | M | pgs 23-27 |
| | *pg 3-1* | K | pgs 171-181 |
| **Contents** | | | |
| >Mentor Role and Six Behaviors | *pg 3-1* | PI | pgs 19-11, 14-20 |
| (Competencies) | *pg 3-1* | M | pgs, 27-29, 29-31 |
| >Scoring the PAM | *pg 3-1* | K | pgs 182-183, 187-192 |
| **Method** | | | |
| > Give Principles of Adult | *pg 3-1* | PI | pgs--all (pgs 1-21) |
| Mentoring Inventory | *pg 3-1* | M | pgs 23-27, 29-31 |
| >Discuss Mentor Role & | *pg 3-1* | K | pgs 171-181, 187-192 |
| Six Behaviors with lecture | | [see Contents, Complete Mentor Role, pg 3] | |
| **References** | | | |
| > (See List) | *pg 3-1* | M, MG, LG | |
| **Unit Overview** | | | |
| **Visual 9** | | | |
| >At conclusion...*Principles* | *pg 3-2* | PI | pgs--all (pgs 1-21) |
| *of Adult Mentoring* | *pg 3-2* | M | pgs 23-31 |
| *Inventory (PAM)* | *pg 3-2* | K | pgs 171-192 |
| **The Mentor Role** | | | |
| >The Mentor's Toolkit | *pg 3-2* | [see The Mentor's Toolkit] | |
| **Visual 10** | | | |
| >Mentoring Dialogs | *pg. 3-3* | LG | pg. 18 |

| **Mentoring Instructor--Guide--January 2000** | ***FEMA Pages*** | **Books >Infringement Pages** |
|---|---|---|

---

## Unit Three
## Visuals (cont'd)

| | | | |
|---|---|---|---|
| **Visual 11** | | | |
| >The Complete Mentor Role | *pg 3-3* | LG | pgs 19, 46-50 |
| Behaviors (Competencies) | *pg 3-3* | M | pgs 29-31 |

| | | | |
|---|---|---|---|
| >Taking and scoring | *pg 3-3* | K | pgs 3, 187-192 |
| this PAM inventory, etc. | *pg 3-3* | PI | pgs 13, 14-19 |
| | | GM | pg 25 |
| | | MP | pgs 9-12, 101-106 |
| | | [see Contents, Complete Mentor Role, pg 3] | |
| Instructions for Scoring PAM | *pg 3-4* | M | pg 27 |
| >1. Refer to Appendix C | *pg 3-4* | K | pgs 182-183 |
| >4. Refer to sheet headed "Mentor Role Competencies" (Appendix D) | *pg 3-4* | M | pgs 27-28 |
| Interpretation of Scores | | | |
| >If your inventory, etc. | *pg 3-4* | PI | pg 12 |
| | *pg 3-4* | K | pgs 182-183 |
| Conclusion | | | |
| >This PAM inventory is a | *pg 3-5* | PI | pgs—all (pgs 1-21) |
| self-assessment inventory tool | *pg 3-5* | M | pgs 171-192 |
| that you can use again, after more experience as a mentor. | *pg 3-5* | K | pgs 23-27 |

---

| | | | |
|---|---|---|---|
| APPENDIX A | | | |
| >Principles of Adult | | | |
| Mentoring Inventory *(PAMI)* | *pgs 3-6 to 3-13* | PI | pgs 1-8 |
| Adapted from N. H. Cohen, | *pgs 3-6 to 3-13* | M | pgs 23-27 |
| *Principles of Adult Mentoring Inventory (PAMI)*, HRD Press, 1998 | *pgs 3-6 to-3-13* | K | pgs 171-181 |
| Appendix B | | | |
| >Instructions for Scoring *PAMS* | *pg 3-14* | M | pg 27 |
| | *pg 3-14* | K | pg 171, 182-183 |
| | | PI | pgs 9-11 |
| Appendix C | | | |
| > Scoring Sheet for *PAMS* | *pg 3-15* | M | pg 28 |
| | *pg 3-15* | K | pg 184 |
| | *pg 3-15* | PI | pgs 9-12 |

| Mentoring Instructor Guide--January 2000 | *FEMA Pages* | Book >Infringement Pages |
|---|---|---|

---

## Unit Three--
Appendix (cont'd)

| | | | |
|---|---|---|---|
| Appendix D: | | | |
| > Mentor Role | *pgs 3-16* | PI | pg 11 |

| | | | |
|---|---|---|---|
| Competencies (*PAM*) | *pg 3-16* | M | pgs 28-29 |
| | *pg 3-16* | K | pg 185 |

---

| | | | |
|---|---|---|---|
| <u>Unit 4</u>--<br><u>> The Complete</u><br><u>Mentor Role</u> | *pg 4-1* | LG | pgs 19-20 |
| | *pg 4-1* | MG | pgs 3, 9, 21 |
| | *pg 4-1* | K | pgs 187-192 |
| | *pg 4-1* | K | pgs 187-192<br>[see <u>Contents</u>, Complete Mentor Role, pg 3] |
| <u>Unit Objectives</u><br>> Discuss mentor role and | *pg 4-1* | LG | pgs 19-20 |
| its six competencies | *pg 4-1* | MG | pgs 3, 9, 21 |
| <u>Method</u><br>>Interactive lecture:<br>complete mentor role | *pg 4-1* | K | pgs 187-192<br>[see <u>Contents</u>, Complete Mentor Role, pg 3] |
| <u>References</u><br>> (See List) | *pg 4-1* | M, MG, (*Mentor's Toolkit*) | |
| <u>Unit Overview--</u><br>>The Mentoring Process | *pg 4-2* | M MG, (*Mentor's Toolkit*) | |
| <u>Visual 12</u><br>>The Complete Mentor Role | *pg 4-2* | LG | pgs 18-20 |
| | *pg 4-2* | MG | pgs 3, 9<br>[see <u>Contents</u>, Complete Mentor Role, pg 3] |
| <u>Visual 13</u><br>>The Mentoring Process<br>>Discussion Questions: | *pg 4-2* | LG | pgs 10-12 |
| Gender, race and culture, age | *pg 4-2* | PI | pg 13 |
| <u>Visual 14</u><br>>The Mentoring Process | *pg 4-4* | LG | pg 19 |

| <u>Mentoring Instructor Guide--January 2000</u> | <u>*FEMA Pages*</u> | <u>Book</u> > <u>Infringement Pages</u> |
|---|---|---|

---

<u>Unit 4--</u>
<u>The Complete</u>
<u>Mentor Role</u> (<u>Visuals</u> cont'd)

| | | | |
|---|---|---|---|
| >The Complete Mentor | *pg 4-4* | LG | pg 19 |
| Behavior--Key Concept | *pg 4-4* | K | pg 3 |
| | | [See <u>Contents</u>, Complete Role, pg 3] | |
| <u>Visual 16</u> | | | |
| >Relationship Competency | *pg 4-5* | PI | pg 14 |
| Key Concept--Trust | *pg 4-5* | MG | pg 22 |
| >Discussion Question | *pg 4-5* | K | pg 189 |
| >Activity: Building Relationships | *pg 4-6* | | |
| <u>Visual 17</u> | | | |
| >Information Competency ` | *pg 4-9* | PI | pg 15 |
| Key Concept-Advice | *pg 4-9* | MG | pg 29 |
| >Discussion Question | *pg 4-9* | K | pgs 189-190 |
| >Small Group Activity | *pg 4-10* | | |
| <u>Visual 18</u> | | | |
| >Facilitative Competency | *pgs 4-12 to4-13* | PI | pg 16 |
| Key Concept--Alternatives | *pgs 4-12 to 4-13* | MG | pg 36 |
| >Discussion Question | *pgs 4-12 to4-13* | K | pg 190 |
| >Activity: Facilitative Competency | | | |
| <u>Visual 19</u> | | | |
| >Confrontive Competency | *pgs 4-15 to 4-17* | PI | pg 17 |
| Key Concept--Challenge | *pgs 4-15 to 4-17* | MG | pg 40 |
| >Discussion Question | *pgs 4-15 to 4-17* | K | pgs 190-191 |
| >Role Play--Confrontive Competency | | | |
| <u>Visual 20</u> | | | |
| >Role Model | *pgs 4-18 to 4-20* | PI | pg 18 |
| Key Concept: Motivation | *pgs 4-18 to 4-20* | MG | pg 46 |
| >Activity: Role Play/ | *pgs 4-18 to 4-20* | K | pg 191 |
| >Role Model/ | | [see *Mentor Model*] | |
| >Discussion Question | | | |
| <u>Visual 21</u> | | | |
| >Critical Thinking | *pgs 4-21 to 4-23* | PI | pg 19 |
| Key Concept: Initiative | *pgs 4-21 to 4-23* | MG | pg 54 |

| <u>Mentor Instructor Guide--January 2000</u> | <u>*FEMA Pages*</u> | <u>Book</u> >Infringement Pages | |
|---|---|---|---|
| <u>Unit 4--</u> <u>The Complete</u> <u>Mentor Role</u> (<u>Visual 21</u> cont'd) | | | |
| >Discussion Question | *pgs 4-21 to 4-23* | K | pg 190 |

| | | |
|---|---|---|
| >Critical Thinking Activity-- Goal Ladder | *pgs 4-21 to 4-23* | [see *Mentee Vision*] |

---

## Unit Five-- A Mentoring Plan

| | | |
|---|---|---|
| Unit Objectives<br>>Develop mentoring strategies using activities from *Mentor's Toolkit* | *pg 5-1* | (see *Mentor's Toolkit*) |
| Contents<br>>*Mentor's Toolkit* | *pg 5-1* | (see *Mentor's Toolkit*) |
| References<br>(See List) | *pg 5-1* | MG [on list] |
| Unit Overview<br>Visual 22<br>>A Mentoring Plan<br>Develop mentoring strategies using activities from the *Mentor's Toolkit* | *pg 5-2* | M pgs<br>[see Mentor's Toolkit] |
| Visual 23<br>>Phases of Mentoring | *pg 5-2 to 5-3* | MG pgs 12-17<br>K pgs 15-17 |

---

## Unit Six-- Co-Mentoring: Summary

| | | |
|---|---|---|
| >Complete Mentor Role | *pg 6-4* | PI pg |
| >…self-assessment of | *pg 6-4* | MG pg |
| mentoring behaviors and | *pg 6-4* | LG pg |
| practiced application of | *pg 6-4* | M pg |
| mentoring behaviors, etc. | *pg 6-4* | K pgs 187-192<br>[see Contents, Complete Mentor Role, pg 3] |
| **Mentor Training: Visuals**<br>[Note: Included with Mentoring Instructor Guide-- January 2000] | *FEMA Pages* | Book>Infringement Pages |

---

[Note: Set of 25 *PowerPoint Visuals*]

| | | | |
|---|---|---|---|
| >V-3. <u>Objectives</u> | | | |
| Use *Principles of Adult* | *pg 3* | PI | pgs 1-21 (all) |
| *Mentoring (PAM) Inventory* | *pg 3* | M | pgs 23-27, 29-31 |
| >Characteristics of an | *pg 3* | MG | pgs 3, 9 |
| Effective Mentor | *pg 3* | LG | pgs 19, 46-50 |
| | | K | pgs 171-181, 187-192 |
| | | GM | pgs 25, 72 |
| >V-4. <u>Objectives</u> | | | |
| >Discuss Mentor Role | *pg 4* | [see <u>Contents</u>, Complete | |
| and Six Behaviors | | Mentor Role, pg 3] | |
| >Develop an effective | *pg 4* | | |
| mentor-mentee relationship | | | |
| V-9. <u>Principles of Adult Mentoring</u> | | | |
| <u>(PAM) Inventory</u> | | | |
| >Assess mentor style using the | *pg 9* | PI | pgs 1-21 (all) |
| *Principles of Adult Mentoring* | *pg 9* | M | pgs 23-31 |
| *Inventory* | *pg 9* | K | pgs 171-192 |
| | | [see <u>Contents</u>, Complete | |
| | | Mentor Role, pg 3] | |
| V-10. <u>Mentoring Dialogs</u> | | | |
| Collaborative, etc. | *pg 10* | LG | pg 18 |
| V-11. <u>The Complete Mentor</u> | | | |
| <u>Role</u>: <u>Behaviors (Competencies)</u> | *pg 11* | LG | pgs 19, 46-50 |
| >Relationship, etc. | *pg 11* | K | pgs 3, 189 |
| [<u>Note</u>: Change to *Role Model* | *pg 11* | M | pg 29 |
| and *Critical Thinking*] | *pg 11* | PI | pgs 13-14 |
| | *pg 11* | MG | pgs 10-12, 101-106 |
| | *pg 11* | GM | 25, 72 |
| V-12. <u>The Complete</u> | | | |
| <u>Mentor Role</u>: | | | |
| >Objectives-- | *pg 12* | LG | pgs` 19, 46-50 |
| >Discuss mentor role and its | *pg 12* | K | pg pgs 187-193 |
| competencies , etc. | *pg 12* | MG | pgs 3, 9 |
| | *pg 12* | PI | pgs 14-19 |
| | *pg 12* | M | pgs 29-31 |
| | *pg 12* | GM | pgs 25, 72 |

| <u>Mentor Training</u>: <u>Visuals</u> | *<u>FEMA Pages</u>* | <u>Book</u>><u>Infringement Pages</u> | |
|---|---|---|---|

## <u>Visuals</u> (cont'd)

| | | | |
|---|---|---|---|
| >V- 14. Mentee can... | | | |
| Take appropriate risks, etc. | *pg 14* | LG | pg 19 |
| >V-15 The Complete Mentor | | | |

| | | | |
|---|---|---|---|
| >Behavior--Key Concept: | *pg 15* | PI | pg 13 |
| Relationship—Trust, etc. | *pg 15* | LG | pgs 19, 46-50 |
| | *pg 15* | K | pg 3 |
| | *pg 15* | M | pgs 29-31 |
| | *pg 15* | MG | pgs 9-12, 101-106 |
| | *pg 15* | GM | pgs 25, 72 |
| | | [see Contents, Complete Mentor Role, pg 3} | |
| >V-16 Relationship Competency | | | |
| >Key Concept--Trust | *pg 16* | PI | pg 14 |
| | *pg 16* | MG | pgs 10, 102 |
| | *pg 16* | K | pgs 189 |
| | *pg 16* | M | pg 29 |
| | *pg 16* | GM | pgs 35-36, 72 |
| >V-17 Information Competency | | | |
| >Key Concept--Advice | *pg 17* | PI | pg 15 |
| | *pg 17* | MG | pgs 10, 102-103 |
| | *pg 17* | K | pg pgs 189-190 |
| | *pg 17* | M | pgs 29-30 |
| | | GM | pgs 39-40, 72 |
| >V-18 Facilitative Competency | | | |
| >Key Concept--Alternatives | *pg 18* | PI | pg 16 |
| [Note: see *FEMA mission*] | *pg 18* | MG | pgs 11, 103 |
| | *pg 18* | K | pg 190 |
| | *pg 18* | M | pg 30 |
| | *pg 18* | GM | pgs 44-45, 72 |
| >V-19 Confrontive Competency | | | |
| >Key Concept--Challenge | *pg 19* | PI | pg 17 |
| | *pg 19* | MG | pgs 11, 104 |
| | *pg 19* | K | pg 190-191 |
| | *pg19* | M | pg 30 |
| | *pg 19* | GM | pgs 51-52, 72 |

## Mentor Training: Visuals *FEMA Pages* Book >Infringement Pages

---

## Visuals (cont'd)

| | | | |
|---|---|---|---|
| >V-20 Role Model | | | |
| >Key Concept--Motivation | *pg 20* | PI | pg 18 |
| [Note: Change to *Role* | *pg 20* | MG | pgs 12, 104-105 |

| | | | |
|---|---|---|---|
| | *pg 20* | M | pg 30-31 |
| | *pg 20* | GM | pgs 58-59, 72 |
| >V 21 Critical Thinking<br>>Key Concept--Initiative<br>Note: Change to *Critical Thinking*] | *pg 21* | PI | pg 19 |
| | *pg 21* | MG | pgs 11, 104 |
| | *pg 21* | K | pg 192 |
| | *pg 21* | M | pg 31 |
| | *pg 21* | GM | pgs 64-65, 72 |
| >V-23 Phases of Mentoring | *pg 23* | MG | pg 15-17 |
| | *pg 23* | GM | pgs 31-32 |
| | *pg 23* | M | pgs 15-17 |

---

| Mentoring: Student Manual--January 2000 Disaster Field Training Organization | *FEMA Pages* | Book >Infringement Pages |
|---|---|---|

---

Mentor Training Course

| | | |
|---|---|---|
| <u>Unit One</u>--<br><u>Introduction</u> | | |
| <u>Course Objectives</u><br>>Assess own mentor style<br>using Principles of Adult<br>Mentoring (PAM) Inventory<br>>Discuss mentor role as it<br>relates to six behaviors<br>(competencies).<br>>Diagnose need for self-<br>improvement/set action<br>plan for personal<br>development as mentor. | *pg 1*<br>*pg 1*<br>*pg 1*<br>*pg 1* | PI pgs--all (pgs 1-21)<br>K pgs 171-192<br>M pgs 23-27<br>[see <u>Contents</u>, Complete<br>Mentor Role, pg 3]<br>[see Appendix A, B, C, &<br>D, un-numbered pgs at<br>end of <u>Mentoring Student</u><br><u>Manual</u>] |
| <u>Characteristics of a Mentor</u><br>>What personal characteristics<br>should a mentor have? | *pg 1* | [Note: reference to PAM &<br>Complete Mentor Role] |

---

| | | |
|---|---|---|
| <u>Unit Three</u>--<u>The</u><br><u>Principles of Adult</u><br><u>Mentoring Inventory</u> | | |
| >The objective of unit is to<br>enable participants to assess<br>their own mentor style using<br>The Principles of Adult<br>Mentoring (PAM) Inventory | *pg 6*<br>*pg 6*<br>*pg 6*<br>*pg 6* | PI pgs—all (pgs 1-21)<br>K pgs 171-192<br>M pgs 23-27<br>[see <u>Contents</u>, Complete<br>Mentor Role, pg 3] |
| <u>The Mentor Role</u><br>>Both mentor and mentee<br>have responsibilities, etc.<br>>Mentees must seek this<br>collaborative learning<br>experience, etc. | *pg 6* | LG pg 18 |
| >The mentoring relationship<br>consists of dialogues that<br>involve: (1) collaborative,<br>(2) mutual, (3) shared, (4) joint, etc. | *pg 6* | LG pg 18 |
| <u>Mentoring Student</u><br><u>Manual</u>--<u>January 2000</u><br><u>Disaster Field Training</u><br><u>Organization</u> | <u>FEMA Pages</u> | <u>Book</u> ><u>Infringement Pages</u> |

---

Unit Three--The

<u>Principles of Adult</u>
<u>Mentoring Inventory</u> (cont'd)

| | | |
|---|---|---|
| >The complete mentor role is | *pg 7* | LG pg 19 |
| based on six mentor-mentee | *pg 7* | GM pg 25 |
| behaviors (competencies): | *pg 7* | K pg 3 |
| 1) Relationship--trust… | *pg 7* | MG pgs 10-12, 102-106 |
| 2) Information--specific advice | *pg 7* | M pgs 29-31 |
| 3) Facilitative—alternatives | *pg 7* | PI pgs 13, 14-19 |
| 4) Confrontive—challenge | *pg 7* | |
| 5) Role Model—motivation | *pg 7* | |
| 6) Critical Thinking--personal initiative and vision | *pg 7* | |

<u>The PAM Inventory</u>

| | | |
|---|---|---|
| >The PAM was designed, etc. | *pg 7* | LG pgs 17-19 |
| Taking and scoring, etc. | *pg 7* | PI pgs—all (pgs 1-21) |
| | *pg 7* | M pgs 23-27 |
| | *pg 7* | K pgs 171-181 |
| | *pg 7* | [see <u>Contents</u>, Complete Mentor Role, pg 3] |

<u>Scoring the PAM</u>

| | | |
|---|---|---|
| >1. Refer to the sheet | *pg 8* | M pg 27-28 |
| headed "Scoring Sheet | *pg 8* | K pgs 182-183 |
| for PAM" (Appendix C) | *pg 8* | M pgs 27-29 |
| which shows 55 items, etc. | *pg 8* | [see Appendix B, C, & D at |
| 2. Under each competency, etc. | | end of <u>Mentoring Student</u> |
| 3. Next total the six, etc. | | <u>Manual</u>] |
| 4. Refer to the sheet "Mentor Role Competencies" (Appendix D), etc. | | PI pgs 9-11 |

<u>Interpretation of Scores</u>

| | | |
|---|---|---|
| >Not Effective or Less, | *pg 8* | PI pg 12 |
| Effective, Very/Highly | *pg 8* | K pgs 182-183 |
| Effective, etc. | *pg 8* | M pgs 27-29 |

<u>Discussion Questions</u>

| | | |
|---|---|---|
| >Did the inventory help, etc. | *pg 9* | [see <u>Contents</u> above] |
| <u>Mentoring Student Manual--January 2000</u> | <u>*FEMA pages*</u> | <u>Book</u> ><u>Infringement Pages</u> |

---

<u>Unit Four</u>--<u>The</u>
<u>Complete Mentor Role</u>

| | | |
|---|---|---|
| >Discuss mentor role… | *pg 10* | [see Contents, Complete |

| | | |
|---|---|---|
| six behaviors (competencies) | | Mentor Role, pg 3] |
| <u>The Mentoring Process</u> | | |
| >1. Take appropriate risk | *pg 11* | LG pg 19 |
| 2. Deal better with stress and uncertainty | | |
| 3. Develop more self-confidence Make informed decisions, etc. | | |
| <u>Relationship</u>--<br><u>Key Concept</u>--<u>Trust</u> | | |
| >The development of trust/ | *pg 12* | PI pg 14 |
| mentoring process | *pg 12* | MG pgs 22, 102 |
| >Mentees must feel/ | *pg 12* | K pg 189 |
| positive and negative. | *pg 12* | M pg 29 |
| >The mentor must create the climate/emotional states and reactions. | *pg 12* | GM pgs 35-39 |
| <u>Relationship Competency</u><br><u>Activity</u><br><u>Ground Rules</u> | | |
| >Decide if you want feedback from partner, etc. | *pg 13* | [see <u>Relationship</u>--pg 15] |
| <u>Relationship Competency</u><br><u>Activity Question Sheet</u> | | |
| >My name is, etc. | *pg 14* | [see <u>Relationship</u>--pg 15] |
| <u>Information</u>--<br><u>Key Concept</u>--<u>Advice</u> | | |
| >The purpose of this | *pg 15* | PI pg 15 |
| competency, etc | *pg 15* | MG pgs 29, 102-103 |
| >The mentor directly, etc. | *pg 15* | K pgs 189-190 |
| >To accomplish this, the mentor: | *pg 15* | M pgs 29-30 |
| Asks questions, etc. | *pg 15* | GM pgs 39-44 |
| <u>Small Group Activity</u>:<br><u>Information and Advice</u> | | |
| >1. Listen to "the mentee", etc. | *pg 15* | [see <u>Information</u>--pg 15] |

| <u>Mentoring Student Manual--January 2000</u> | <u>*FEMA Pages*</u> | <u>Book >Infringement Pages</u> |
|---|---|---|

---

<u>Unit Four</u>--<u>The Complete Mentor Role</u> (cont'd)

<u>Facilitative</u>

| | | | |
|---|---|---|---|
| Key Concept--alternatives | *pg 16* | PI | pg 16 |
| >Through the facilitative | *pg 16* | MG | pgs 36, 103 |
| competency, etc... | *pg 16* | K | pg 190 |
| >The mentor: Asks the | *pg 16* | M | pg 30 |
| mentee questions, etc. | *pg 16* | GM | pgs 44-50 |
| Activity: Facilitative Competency | | | |
| >Purpose: To search for career alternatives | *pg 17* | [see Facilitative--pg 16] | |
| >With a partner, *Go Fishing*, for career alternatives, etc. | | | |
| Confrontive Competency | | | |
| Key Concept--challenge | *pg 19* | PI | pg 17 |
| >The purpose of the confrontive | *pg 19* | MG | pgs 40, 104 |
| competency, etc. | *pg 19* | K | pgs 190-191 |
| >The mentor has the | *pg 19* | M | pg 30 |
| responsibility, etc. | *pg 19* | GM | pgs 51-58 |
| >To do this the mentor, etc. | | | |
| Discussion Question: | | | |
| >What key attitudes must exist for the confrontive behavior, etc. | *pg 19* | [see Confrontive--pg 16] | |
| Role Play--Confrontive Competency | | | |
| >Watch the role play, etc. | *pg 20* | [see Confrontive--pg 16] | |
| Role Model | | | |
| Key Concept--motivation | | | |
| >The role model, etc | *pg 21* | PI | pg 18 |
| >Mentors must share, etc | *pg 21* | MG | pgs 46, 104-105 |
| >Mentors should: | *pg 21* | K | pg 191 |
| Offer personal thoughts, etc. | *pg 21* | M | pgs 30-31 |
| | *pg 21* | GM | pgs 58-63 |
| Role Play--Role Model | *pg 21* | [see Role Model--pg 16] | |
| >Watch the role model and consider, etc | | | |

| Mentoring Student Manual--January 2000 | *FEMA Pages* | Books>Infringement Pages |
|---|---|---|

---

## Unit Four--The Complete Mentor Role (cont'd)

Critical Thinking

| | | | |
|---|---|---|---|
| **Key Concepts--Initiative and Vision** | | | |
| **>The critical thinking phase of the mentoring, etc.** | *pg 22* <br> *pg 22* | PI <br> MG | pg 19 <br> pg 54, 105-106 |
| **>The mentor stimulates critical thinking by the mentee, etc.** | *pg 22* <br> *pg 22* | K <br> M | pg 192 <br> pg 31 |
| **>To do this, the mentor: Makes statements that require skills and abilities, etc.** | *pg 22* | GM | pgs 64-68 |
| **Activity--Goal Ladder** | | | |
| **>Purpose: To help mentee extend, etc.** | *pg 22* | [see Critical Thinking--pg 17] | |
| **>Directions: Use the Goal Ladder, etc.** | | | |
| **Summary** | | | |
| **>You have reviewed the Complete Mentor Role.** | *pg 29* | [see Critical Thinking, pg 17] | |
| **>You have done a self-assessment of your mentoring behaviors and practiced the application of mentoring behaviors.** | | | |

---

| | | | |
|---|---|---|---|
| **Appendix A** | | | |
| **Principles of Adult Mentoring Inventory [see *Adapted from N. H. Cohen, >Principles of Adult Mentoring Inventory, HRD Press, 1998*** | *pgs: [10 pgs-- un-numbered]* | PI <br> K <br> M | pgs 1-21 (all) <br> pgs 171-181 <br> pgs 23-27 |
| | | [see Contents, Complete Mentor Role, pg 3] | |
| **Appendix B** | | | |
| **>Instructions for Scoring *PAM*** | *pgs: [10 pgs-- un-numbered]* | PI <br> K <br> M | pg 9-10 <br> pgs 182-183 <br> pg 28 |

| Mentoring Student Manual--January 2000 | *FEMA Pages* | Book >Infringement Pages | |
|---|---|---|---|

---

| | | | |
|---|---|---|---|
| **Appendix (cont'd)** | | | |
| **Appendix C** | | | |
| **>Scoring Sheet for PAM** | *pg: [1 pg--* | PI | pgs 10-11 |

| | | | |
|---|---|---|---|
| | *un-numbered]* | K | pg 184 |
| | | M | pgs 28-29 |
| Appendix D<br>>Mentor Role Competencies:<br>*PAM* | *pg: [1 pg--<br>un-numbered]* | PI<br>K<br>M | pg 11<br>pg 185<br>pgs 28-29 |
| | | [see Contents, Complete Mentor Role, pg 3] | |

---

| | | |
|---|---|---|
| **Mentoring Toolkit--<br>January 2000** | *FEMA Pages* | Book >Infringement Pages |

---

**This Mentor's Toolkit is designed for use during actual mentoring assignments. It includes general information on the mentoring process and directions for activities the mentor may choose to use with the mentee during their work together.**

**Purpose**

>The purpose of the mentoring toolkit is to provide the mentor and mentee with a standard set of instructions and criteria for conducting and participating in mentoring assignments.

---

**Introduction**

| | | | |
|---|---|---|---|
| > It is a is a *one-to-one interactive process of guided developmental learning based on the premise*, etc. | *pg 1* | M | pgs 5, 6, 7, 11, 15, 17, 18 |
| >The *mentoring model of learning* extends…*behavior of the mentor*…mentee must be committed to this model of learning. [see whole par.] | *pg 1* | M | pgs 5, 6, 7, 11, 15, 17, 18 |

**Mentee Responsibilities**

| | | | |
|---|---|---|---|
| >A mentee is the individual who *seeks a collaborative learning experience*, etc. | *pg 2* | M | pg 5, 6 |

**Instructions for the Mentors**

| | | | |
|---|---|---|---|
| >A mentor is someone who contributes their knowledge, proficiency, and experience, etc. | *pg 2* | M | pgs 5, 15 |
| >The mentoring relationship is based on mutual trust; accurate and reliable information, etc. | *pg 2* | M | pg 6 |
| >To prepare for the mentor role, the *first step is a self-assessment* of their individual mentoring competencies. | *pg 2* | M | pg 15 |
| >A self-assessment instrument will be administered during the mentoring training to assist, etc. | *pg 2*<br>*pg 2*<br>*pg 2* | PI<br>K<br>M | pgs--all (pgs 1-21)<br>pgs 171-192<br>pgs 23-27 |

| Mentoring Toolkit--January 2000 | *FEMA Pages* | Book | >Infringement Pages |
|---|---|---|---|

---

**Instructions for the Mentors (cont'd)**

Mentor Role: Six Competencies

| | | | |
|---|---|---|---|
| 1. <u>Relationship</u>: conveys through | *pg 3* | M | pg 29 |
| active, empathetic listening, etc. | *pg 3* | LG | pg 49 |
| >Purpose: to create a climate of | *pg 3* | K | pg 189 |
| trust that allows mentees, etc. | *pg 3* | PI | pg 14 |
| >*Purpose:* to create a climate of | *pg 3* | MG | pg 102 |
| trust, that allows mentees, etc. | *pg 3* | GM | pgs 35-36, 72-73 |
| >*Mentor Behaviors*: | *pg 3* | [also see <u>Contents</u>, pg 3] | |
| Responsive listening, etc | | | |
| 2. <u>Information</u>: conveys directly | *pg 3* | M | pgs 29-30 |
| requested detailed, etc. | *pg 3* | LG | pg 49 |
| >*Purpose:* to ensure that advice | *pg 3* | K | pgs 189-190 |
| offered is based on accurate, etc. | *pg 3* | PI | pg 15 |
| >*Mentor Behaviors:* | *pg 3* | MG | pgs 102-103 |
| Questions aimed at assuring, etc. | *pg* 3 | GM | pgs 39-40, 72-73 |
| 3. <u>Facilitative</u>: guides mentees | *pg 3* | M | pg 30 |
| through a reasonably in-depth, etc | *pg 3* | LG | pg 49 |
| >*Purpose:* to assist mentees in | *pg 3* | K | pg 190 |
| considering alternative views, etc. | *pg 3* | PI | pg 16 |
| >*Mentor Behaviors:* | *pg 3* | MG | pg 103 |
| Hypothetical questions, etc. | *pg 3* | GM | pgs 44-45, 72-73 |
| [see Analysis of reasons, etc. | | | |
| (match FEMA's mission)] | | | |
| 4. <u>Confrontive</u>: respectfully | *pg 4* | M | pg 30 |
| challenges mentees' explanation | *pg 4* | LG | pg 50 |
| for or avoidance of decisions, etc. | *pg 4* | K | pgs 190-191 |
| >*Purpose:* to help mentees attain | *pg 4* | PI | pg 17 |
| >*Mentor behaviors:* | *pg 4* | MG | pg 104 |
| Careful probing to assess, etc | *pg 4* | GM | pgs 51-52 |
| 5. <u>Role Model</u>: shares (self- | *pg 4* | M | pgs 30-31 |
| discloses) life experiences, etc. | *pg 4* | LG | pg 50 |
| >*Purpose:* to motivate mentees | *pg 4* | K | pg 191 |
| to take necessary risks, etc. | *pg 4* | PI | pg 18 |
| >*Mentor Behaviors:* | *pg 4* | MG | pgs 104-105 |
| Offering of personal thoughts, etc. | *pg 4* | GM | pgs 58-59, 72-73 |

## <u>Mentoring Toolkit--</u> <u>January 2000</u> *<u>FEMA Pages</u>* <u>Book >Infringement Pages</u>

---

<u>Instructions for the Mentors</u>
<u>Mentor Role Competencies</u> (cont'd)

| | | | |
|---|---|---|---|
| 6. <u>Critical Thinking</u>: stimulates | *pg 5* | M | pg 31 |

| | | | |
|---|---|---|---|
| >*Purpose:* To encourage mentees | *pg 5* | K | pg 191 |
| as they manage personal, etc. | *pg 5* | PI | pg 19 |
| >*Mentor behaviors:* | *pg 5* | MG | pgs 105-106 |
| Statements that require<br>reflections on present and, etc. | *pg 5* | GM | pgs 64-65, 72-73 |
| >The mentor serves as an *observer*, *commentator*, and *advocate*. Provides specific guidance…on a specific path. | *pg 5* | M | pg 6 |

---

| | | | |
|---|---|---|---|
| Appendix A<br>>Principles of Adult Mentoring Inventory (PAM)<br>(Adapted from N. H. Cohen, *Principles of Adult Mentoring Inventory*, HRD Press, 1998)<br>[Note: Appendix A, B, & C at end of Mentor's Toolkit] | *pgs: [7 pgs-- un-numbered]* | PI<br>K<br>M | pgs--all (pgs1-21)<br>171-192<br>23-27 |
| Appendix B<br>Instructions for Scoring PAM | | | |
| >1. Refer to the sheet headed "Scoring Sheet for PAM (Appendix C) which shows the 55 items, etc. | *[un-numbered]* | PI<br>K<br>M | pg 10<br>pg 182-183<br>pg 27 |
| >4. Refer to the sheet headed "Mentor Role Competencies" (Appendix D), etc. | | | |
| Appendix C<br>Scoring Sheet for PAM | | | |
| >Competency 1:<br>Relationship, etc. | *[un-numbered]* | PI<br>K<br>M | pgs 10-11<br>pg 184<br>pg 28 |

| Mentoring Toolkit-- January 2000 | *FEMA Pages* | Books>Infringement Pages |
|---|---|---|

Appendix (cont'd)

Appendix D:
Mentor Role Competencies:

| | | | |
|---|---|---|---|
| **>Overall Score, etc.** | *[un-numbered]* | **PI** | **pg 11** |
| | | **M** | **pgs 28-29** |
| | | **K** | **pg 185** |