RECEIVED

MAR 9 2007

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The Unites States Court of Federal Claims

## Cover Sheet

07-154-C

Plaintiff(s) or Petitioner(s)
Norman Cohen, Ed.D.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jonathan M. Cohen, Esquire

Firm Name: Kline & Specter, a Professional Corporation

Post Office Box: ______

Street Address: 1525 Locust Street, 19th Floor

City-State-Zip: Philadelphia, PA 19102

Telephone & Facsimile Numbers: 215-772-1000 215-772-1005 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☑ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [5] [0] [2]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: [H] [L] [S]
See attached sheet for three-digit codes.

Amount Claimed: $ **estimated at 5,000,000.00**
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ______
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No