**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NORMAN H. COHEN, Ed.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-154C |
| v. | ) | |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Jon Tornquist as counsel of record for the United States in the above-captioned action.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/ Jon Tornquist
JON TORNQUIST
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 305-0375
Facsimile: (202) 307-0345

April 3, 2007

Attorneys for the United States