**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| NORMAN H. COHEN, Ed.D.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-154C<br>Judge Emily C. Hewitt |

**UNITED STATES' UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO FILE ITS ANSWER**

Defendant the United States ("the Government") hereby moves for a sixty-day enlargement of time to answer or otherwise respond to Plaintiff's Complaint. The Answer is currently due on May 10, 2007. The Government seeks a sixty-day enlargement of time to file its Answer up to, and including, July 9, 2007. On April 27, 2007, counsel for the Government conferred with plaintiff's counsel, who stated that plaintiff will not oppose the requested 60-day enlargement.

The requested enlargement of time is needed to complete the investigation of the allegations in the Complaint and to prepare any defenses that the government may have. Plaintiff alleges infringement of at least six copyrighted works. Plaintiff provided a 19 page analysis comparing multiple pages of the accused works with multiple pages of the six copyrighted works, attached as Exhibit A to the complaint. However, Plaintiff did not attach or otherwise provide a copy of the allegedly infringed works with his complaint.

Complete copies of the copyrighted works recited in Exhibit A of the Complaint are necessary to conduct an analysis of Plaintiff's infringement assertions. Plaintiff has agreed to

provide copies of the allegedly infringed works to counsel for the United States; however, they are not yet available for review.

For the above-stated reasons, the Government respectfully requests that it be granted an enlargement of sixty days to file its Answer to Plaintiff's Complaint from May 10, 2007, the date currently set for filing the Answer to, and including, July 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/ Jon Tornquist
JON TORNQUIST
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
E-mail: jon.tornquist@usdoj.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345

Dated: May 1, 2007