**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| NORMAN H. COHEN, Ed.D., Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-154 C<br>Judge Emily C. Hewitt |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Susan L. C. Mitchell as attorney of record for the United States. Service of all papers should be addressed as follows:

Susan L. C. Mitchell
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Susan L. C. Mitchell

SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C. 20530
E-mail: susan.mitchell@usdoj.gov
Telephone: (202) 616-8116
Facsimile: (202) 307-0345

Dated: August 27, 2007