# In the United States Court of Federal Claims

No. 07-154 C

(E-Filed: August 29, 2007)

| | |
|---|---|
| NORMAN H. COHEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it the parties' Joint Preliminary Status Report (JPSR), filed on August 24, 2007. The court will hold a Telephonic Status Conference on Monday, September 10, 2007, at 11:00 a.m. Eastern Daylight Time to discuss the JPSR and future proceedings. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge