# In the United States Court of Federal Claims

No. 07-154 C

(E-Filed: September 10, 2007)

| | |
|---|---|
| NORMAN H. COHEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

By agreement of the parties, this matter is referred for alternative dispute resolution (ADR) pursuant to Appendix H of the Rules of the United States Court of Federal Claims (RCFC) for 3 months. The parties are advised that the Honorable Edward J. Damich has been appointed to serve as settlement judge. See RCFC App. H ¶ 2(a) (defining the term "settlement judge" and describing the role of the settlement judge). The parties shall file with the court a Joint Status Report on December 10, 2007 indicating whether progress has been made in the ADR process such as an extension on the 3-month referral is warranted. If, at any time, the parties or either of them believe that there is no reasonable prospect of resolving the case in ADR, the parties(y) shall by motion promptly request the termination of the ADR referral.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge