# In the United States Court of Federal Claims

No. 07-154C
(Filed: September 25, 2007)

****************************************
**NORMAN H. COHEN,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

On September 10, 2007, this copyright infringement case was stayed and referred here by Judge Emily C. Hewitt for alternative dispute resolution (ADR). In order to determine the most efficient manner in which to conduct ADR, the Court hereby ORDERS the following:

The parties shall jointly select and submit copies of an exemplary sampling of pages of the accused works, no more than five to ten in total. Each selected sample page of an accused work shall be accompanied by copies of the corresponding pages of the copyrighted works, according to Plaintiff's appendix A of the complaint. These samples shall be submitted directly to chambers on or before **October 9, 2007**.

Each party shall also submit a memorandum identifying and briefly outlining the party's positions on infringement and any affirmative defenses which will be addressed during ADR. The content of the memoranda shall be limited to a short, informal sketch of the pertinent issues, no more than approximately seven pages each. The parties shall submit the memoranda directly to chambers on or before **October 23, 2007**.

The parties are further ordered to complete and submit to chambers the attached confidentiality agreement.

The parties must submit the above-noted materials directly to chambers. These materials shall not be filed with the Clerk's Office. The parties may submit the samples and memoranda to the chambers email address (damich_chambers@ao.uscourts.gov) or in paper form. The parties shall also arrange to submit one copy of the confidentiality agreement, signed by both parties, to chambers in paper form. The mailing address for submitting materials directly to chambers is:

Chambers of Chief Judge Edward J. Damich
United States Court of Federal Claims
717 Madison Place NW
Suite 701
Washington, D.C. 20005

The parties shall also contact chambers by **October 9**, **2007**, via email or phone at (202) 357-6483, with three proposed dates and times during the week of October 29, 2007, at which the parties will be available for a telephonic status conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge

# In the United States Court of Federal Claims

No. 07-154C

******************************************
*
**NORMAN H. COHEN,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**AGREEMENT**

The parties agree that all ADR proceedings, including statements made and documents prepared by any party, attorney, or other participant, are privileged and shall not be disclosed in any subsequent proceeding or document or construed for any purpose as an admission against interest. However, information and documents not specifically prepared for or revealed in confidence in ADR, and otherwise discoverable and/or admissible, are discoverable and admissible as determined by the trial judge. The parties further agree not to subpoena or seek in any way the oral or written testimony of the ADR judge for any purpose in this or any other proceeding, or to subpoena or seek in any way any materials submitted to the ADR judge during the ADR process for use in this or any other proceeding.

No party shall be bound by anything said or done during ADR proceedings unless a settlement is embodied in a written agreement signed by all parties.

________________________
Norman H. Cohen
Plaintiff
722 Arlington Rd
Penn Valley, PA 19072

Date:___________________

________________________
John Fargo
Director

Date:___________________

________________________
Jonathan M. Cohen
Plaintiff's Counsel
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Date:____________________

________________________
Jon Tornquist
Attorney

Date:____________________

Defendant's Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530