# In the United States Court of Federal Claims

No. 07-154C
(Filed: October 23, 2007)

****************************************
*
NORMAN H. COHEN, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************

## REVISED ADR SCHEDULING ORDER

On September 25, 2007, the Court issued an alternative dispute resolution (ADR) scheduling order, directing the parties to each submit directly to chambers on or before October 23, 2007, a memorandum identifying and briefly outlining the parties' positions on infringement and any affirmative defenses which will be addressed during ADR. The parties were also ordered to contact chambers by October 9, 2007, with proposed dates and times during the week of October 29, 2007, at which the parties would be available for a telephonic status conference.

The Court hereby ORDERS that the ADR scheduling order issued on September 25, 2007, be amended as follows:

1. Plaintiff's ADR memorandum shall be due on or before **November 9, 2007**. As described in the Court's September 25 scheduling order, the ADR memoranda are to be limited to a short, informal sketch of the pertinent issues, no more than approximately seven pages each.

2. A telephonic status conference to discuss further ADR activities shall be held on **Wednesday, November 14, 2007** at 3:00 pm Eastern Time.

One business day before the conference, counsel for the parties shall email the chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where they can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations).

The telephonic status conference will be off the record, unless either party requests that the conference be recorded. Such a request must be made at least five business days in advance of the conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge