# In the United States Court of Federal Claims

No. 07-154 C

(E-Filed: November 15, 2007)

| | |
|---|---|
| NORMAN H. COHEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

By agreement of the parties, this matter was referred by order of September 10, 2007 for alternative dispute resolution (ADR) pursuant to Appendix H of the Rules of the United States Court of Federal Claims (RCFC) for three months. The court has been advised by the Honorable Edward J. Damich, settlement judge, that settlement activities are continuing and may be aided by extension of the three-month referral contained in the order of September 10, 2007 up to and including February 4, 2008. The referral is so extended. The parties shall file with the court a Joint Status Report on February 4, 2008 indicating whether progress has been made in the ADR process such that any further extension of this referral is warranted. If, at any time, the parties or either of them believe that there is no reasonable prospect of resolving the case in ADR, the parties(y) shall by motion promptly request the termination of the ADR referral.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge