# In the United States Court of Federal Claims

No. 07-154C
(Filed: November 16, 2007)

****************************************
*
**NORMAN H. COHEN,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ADR SCHEDULING ORDER

This copyright infringement case has been referred here by Judge Emily C. Hewitt for alternative dispute resolution (ADR). After the parties each submitted an ADR memorandum describing the disputed issues, an ADR status conference was held on November 14, 2007, to determine the most efficient manner in which to proceed. The parties suggested that a short period of time for some limited discovery (likely two depositions) would be greatly beneficial.

On November 15, 2007, Judge Hewitt entered an order extending the ADR referral up to and including February 4, 2008, at which time the parties are to file a joint status report with Judge Hewitt.

Accordingly, and pursuant to the ADR status conference held on November 14, this Court ORDERS the following:

1. The parties shall conduct the limited discovery discussed during the November 14 status conference, and shall conclude the discovery on or before **January 18, 2008**.

2. A telephonic status conference shall be held on **January 25, 2008**, at 3:00pm Eastern Time, to proceed according to the discussion during the November 14 status conference.

One business day before the conference, counsel for the parties shall email the chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where they can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations).

The telephonic status conference will be off the record, unless either party requests that the conference be recorded. Such a request must be made at least five business days in advance of the conference.

Also, as a reminder, all documents and communications concerning this ADR must be submitted directly to chambers, and shall not be filed with the Clerk's Office.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge