**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| NORMAN H. COHEN, Ed.D., Plaintiff, | |
| v. | No. 07-154 C<br>Chief Judge Edward J. Damich |
| THE UNITED STATES, Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT LIMITED DISCOVERY DURING THE ALTERNATIVE DISPUTE RESOLUTION PROCESS**

Plaintiff Norman H. Cohen, Ed.D., and defendant United States (government) jointly move for a one-week extension of time to conduct limited discovery during the alternative dispute resolution (ADR) process. On November 16, 2007, this Court ordered that the parties were to conduct limited discovery by January 18, 2008, as discussed during the November 14, 2007, status conference. Pursuant to this Order, plaintiff contemplated conducting two depositions, one of Ms. Bernice Zaidel, and one of her supervisor Mr. Peter Smith. Plaintiff conducted the deposition of Ms. Zaidel on January 3, 2008. Due to a scheduling conflict with Mr. Smith's consulting obligations, the parties were unable to schedule Mr. Smith's deposition before January 25, 2008. Mr. Smith's deposition is currently scheduled to be conducted by plaintiff on January 25, 2008, at 11:00 a.m., in Emmitsburg, Maryland at FEMA's National Emergency Training Center/Emergency Management Institute. Therefore, the parties request a one-week extension of time from January 18, 2008, to January 25, 2008, to complete limited discovery for the ADR process.

Also, as set forth in the November 16, 2007 Order, the Court set a status conference for January 25, 2008, at 3:00 p.m. Because Mr. Smith's deposition is scheduled for the same day, the parties request that the Court reschedule the status conference for a day and time that is convenient for the Court.

For all of these reasons, the parties respectfully request that they be granted an extension of time to conduct limited discovery during the ADR process, and that the status conference be rescheduled to a date and time that is convenient for the Court.

Respectfully submitted,

Date: January 18, 2008

s/Jonathan Morley Cohen
JONATHAN MORLEY COHEN
Klein & Specter, P.C.
1525 Locust Street
19th Floor
Philadelphia, Pennsylvania 19102
E-mail: jonathan.cohen@klinespecter.com
Tel: (215) 772-1000
Fax: (215) 772-1005

JEFFREY S. BUCHOLZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

Dated: January 18, 2008

s/Susan L. C. Mitchell
SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C. 20530
E-mail: susan.mitchell@usdoj.gov
Telephone: (202) 616-8116
Facsimile: (202) 307-0345