# In the United States Court of Federal Claims

No. 07-154 C

(E-Filed: January 25, 2008)

NORMAN H. COHEN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

By agreement of the parties, this matter was referred by order of September 10, 2007 for alternative dispute resolution (ADR) pursuant to Appendix H of the Rules of the United States Court of Federal Claims (RCFC) for three months. The ADR referral was extended to February 4, 2008 by order of November 15, 2007. The court understands that settlement activities are continuing and therefore may be aided by a further extension. The referral is extended up to and including Friday, April 4, 2008. The parties shall file with the court a Joint Status Report on April 4, 2008 indicating whether progress has been made in the ADR process such that any further extension of this referral is warranted. If, at any time, the parties or either of them believe that there is no reasonable prospect of resolving the case in ADR, the parties(y) shall by motion promptly request the termination of the ADR referral.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge