# In the United States Court of Federal Claims

No. 07-154C
(Filed: January 28, 2008)

****************************************
*
**NORMAN H. COHEN,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## REVISED ADR SCHEDULING ORDER

This copyright infringement case was referred by Judge Emily C. Hewitt for alternative dispute resolution (ADR) on September 10, 2007. On November 16, 2007, the parties were granted an extension of the period for ADR, to February 4, 2008, in order to conduct certain limited discovery. On January 18, 2008, the parties filed a motion requesting that the limited discovery period be extended by another week. As a consequence, the parties also requested that the telephonic mediation conference set for January 25, 2008, be rescheduled.

Judge Hewitt has extended the ADR referral to April 4, 2008. Therefore, the Court hereby GRANTS the parties' requests for an extension of time for limited discovery and to reschedule the mediation conference. The telephonic mediation conference shall be held on **February 8, 2008**, at 10:00am Eastern Time. One business day before the conference, counsel for the parties shall email the chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where they can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations). The telephonic mediation conference will not be recorded, unless either party requests otherwise. Such a request must be made at least five business days in advance of the conference.

Also, as a reminder, all documents and communications concerning this ADR (such as motions for extensions of ADR deadlines) must be submitted directly to chambers, and shall not be filed with the Clerk's Office.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge