# In the United States Court of Federal Claims

No. 07-154C
(Filed: January 31, 2008)

****************************************
*
**NORMAN H. COHEN,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ADR ORDER**

On January 25, 2008, the parties were granted an extension of the ADR period in order to conduct a deposition. Thus, the Court rescheduled the upcoming mediation conference for February 8, 2008.

The Court further ORDERS the parties to each submit to chambers on or before **February 6, 2008**, a short supplement (not more than 2 pages) to the parties' ADR memoranda. The supplements shall describe pertinent changes, if any, to the parties' positions as a result of the limited discovery that has been conducted.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge