# In the United States Court of Federal Claims

No. 07-154 C

(E-Filed: February 21, 2008)

| | |
|---|---|
| NORMAN H. COHEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

By agreement of the parties, this matter was referred by order of September 10, 2007 for alternative dispute resolution (ADR) pursuant to Appendix H of the Rules of the United States Court of Federal Claims (RCFC) for three months. The ADR referral was extended to February 4, 2008 by order of November 15, 2007 and to April 4, 2008 by order of January 25, 2008. The court understands that there is no longer a reasonable prospect of resolving the case in ADR. Effective February 21, 2008, the case is removed from ADR. The parties shall file with the court a Joint Status Report on or before February 28, 2008 suggesting pretrial and/or trial proceedings to resolve this dispute.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge