**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| NORMAN H. COHEN, Ed.D., | |
| Plaintiff, | |
| v. | No. 07-154 C |
| | Chief Judge Edward J. Damich |
| THE UNITED STATES, | |
| Defendant. | |

**JOINT STATUS REPORT IN RESPONSE TO**
**THIS COURT'S ORDER ON FILED ON FEBRUARY 21, 2008**

Plaintiff Norman H. Cohen, Ed.D. (Dr. Cohen), and defendant United States (government) hereby submit a Joint Status Report suggesting pretrial and/or trial proceedings to resolve the suit as required by this Court's Order of February 21, 2008.

During the alternative dispute resolution process the parties conducted the following limited discovery: (1) Ms. Bernice Zaidel's (Ms. Zaidel) deposition, the author of the accused course materials, which took place on January 3, 2008, and (2) Mr. Peter Smith's deposition, Ms. Zaidel's supervisor, which took place on January 25, 2008. In response to a document request by Dr. Cohen, the government produced 520 pages of documents at Ms. Zaidel's deposition, which included the accused course materials and electronic mail between Ms. Zaidel and Dr. Cohen.

The government also asked for the following documentation from plaintiff, which it received at Mr. Smith's deposition: (1) Any written communications that Dr. Cohen, Jonathan Cohen, Esq., or any other person who represented Dr. Cohen had with FEMA in an attempt to resolve the copyright dispute; and (2) Any royalty or license agreements or any other

documentation of any financial arrangement that Dr. Cohen has or has had with any publisher for his copyrighted works as described in the Complaint.

The parties anticipate conducting further factual discovery and expert discovery. The parties propose the following schedule for such discovery.

1. All factual discovery to be completed by **August 29, 2008**.

2. All experts who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence will be disclosed no later than **August 29, 2008**.

3. Disclosure of expert reports in compliance with RCFC 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, for which a party has the burden of proof at trial no later than **September 30, 2008**.

4. Disclosure of any expert reports in compliance with RCFC 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, to rebut any expert testimony offered by a party that has the burden of proof at trial no later than **October 31, 2008**.

5. Any expert witness depositions will take place no later than **November 28, 2008**.

6. All motions for summary judgment must be filed no later than **January 16, 2009**.

Should the parties choose not to file any motions for summary judgment, the parties request that the Court conduct a conference after January 16, 2009, at the convenience of the Court to set a schedule for pretrial filings and trial.

Respectfully submitted,

Date: February 28, 2008

s/Jonathan Morley Cohen

JONATHAN MORLEY COHEN
Klein & Specter, P.C.
1525 Locust Street
19th Floor
Philadelphia, Pennsylvania 19102
E-mail: jonathan.cohen@klinespecter.com
Tel: (215) 772-1000
Fax: (215) 772-1005

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

Dated: February 28, 2008

s/Susan L. C. Mitchell

SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C. 20530
E-mail: susan.mitchell@usdoj.gov
Telephone: (202) 616-8116
Facsimile: (202) 307-0345