# In the United States Court of Federal Claims

No. 07-154 C

(E-Filed: February 29, 2008)

| | |
|---|---|
| NORMAN H. COHEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the Joint Status Report filed by the parties on February 28, 2008, the court establishes the following schedule for the completion of factual and expert discovery and the filing of motions for summary judgment:

1. All factual discovery to be completed by Friday, August 29, 2008.

2. All experts who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence will be disclosed no later than Friday, August 29, 2008.

3. Disclosure of expert reports in compliance with the Rules of the United States Court of Federal Claims (RCFC) 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, for which a party has the burden of proof at trial will be made no later than Tuesday, September 30, 2008.

4. Disclosure of any expert reports in compliance with RCFC 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of

Evidence, to rebut any expert testimony offered by a party that has the burden of proof at trial will be made no later than Friday, October 31, 2008.

5. Any expert witness depositions will take place no later than Friday, November 28, 2008.

6. All motions for summary judgment must be filed no later than Friday, January 16, 2009, provided the parties shall make reasonable efforts from and after November 28, 2008 to ascertain together whether either will file a motion for summary judgment and, if it shall appear that neither will do so, they shall promptly notify the court by motion to schedule a status conference to set a schedule for pretrial proceedings and trial.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge