# In the United States Court of Federal Claims

No. 07-154 C

(E-Filed: August 27, 2008)

| | |
|---|---|
| NORMAN H. COHEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for a Seven-Month Extension of Time for All Deadlines Set Forth in this Court's Order . . . Filed on February 29, 2008 (the Joint Motion). The court held an informal telephonic status conference (TSC) with the parties on August 27, 2008 at 4:00 p.m. Eastern Daylight Time to discuss the Joint Motion. At the TSC counsel for plaintiff described the discovery that has yet to be completed, which includes a number of depositions and electronic discovery. In light of the TSC, the Joint Motion is GRANTED. The following schedule supersedes the court's scheduling order of February 29, 2008:

1. All factual discovery to be completed by Friday, March 27, 2009.

2. All experts who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence will be disclosed no later than Friday, March 27, 2009.

3. Disclosure of expert reports in compliance with the Rules of the United States Court of Federal Claims (RCFC) 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, for which a party has the burden of proof at trial will be made no later than Thursday, April 30, 2009.

4. Disclosure of any expert reports in compliance with RCFC 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, to rebut any expert testimony offered by a party that has the burden of proof at trial will be made no later than Friday, May 29, 2009.

5. Any expert witness depositions will take place no later than Friday, July 31, 2009.

6. All motions for summary judgment must be filed no later than Wednesday, September 30, 2009, provided the parties shall make reasonable efforts from and after July 31, 2009 to ascertain together whether either will file a motion for summary judgment and, if it shall appear that neither will do so, they shall promptly notify the court by motion to schedule a status conference to set a schedule for pretrial proceedings and trial.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge